

ORIGINAL

FILED

04/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0125

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0125

DOROTHY BRADLEY, BOB BROWN, MAE NAN ELLINGSON, VERNON FINLEY, and the LEAGUE OF WOMEN VOTERS OF MONTANA,

    Petitioners,

v.

GREG GIANFORTE, Governor of the State of Montana,

    Respondent.

FILED

APR 0 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

**ORDER**

---

Upon consideration of Respondent Greg Gianforte's motion for a seven-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including April 14, 2021, in which to prepare, serve, and file his opposition to the Petition in this case.

DATED this 5 day of April, 2021.

Chief Justice
Montana Supreme Court